PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:97CR00472-01** |
| ) | |
| **Romeo Dean SNEEF** ) | |
| ) | |

On February 21, 2001, the above-named was placed on Supervised Release for a period of 3 years. Mr. Sneef has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Thomas H. Brown

**THOMAS H. BROWN
Senior United States Probation Officer**

Dated:     June 13, 2006
               Roseville, California
               thb:cd

**REVIEWED BY:**         /s/ Richard A. Ertola
                **RICHARD A. ERTOLA
                Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:  Romeo Dean SNEEF**
  **Docket Number:  2:97CR00472-01**
  **ORDER TERMINATING SUPERVISED RELEASE**
  **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that Romeo Dean SNEEF be discharged from Supervised Release, and that the proceedings in the case be terminated.

| | |
|---|---|
| July 11, 2006 | /s/ Frank C. Damrell Jr. |
| **Date** | **FRANK C. DAMRELL, JR.** |
| | **United States District Judge** |

Attachment:   Recommendation
cc:   United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office